FILED
NOV 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA 550

# PETITION FOR A WRIT OF HABEAS CORPUS BY A PRISONER IN STATE CUSTODY

Name **ANDERSON RICKARD DENNIS (D)**
    (Last)           (First)         (Initial)

Prisoner Number **F11871; 2003, 2004, 2005, 2006, 2007, 2008 2009**

Institutional Address **MULE-CRBBK STATE PRISON; IONE, CA. 95640, P.O. BOX 409040; AMADOR CO.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

**RICKARD DENNIS ANDERSON**
(Enter the full name of plaintiff in this action.)
**ANDERSON, R.D.**

vs.

**CV 08  5248  SBA (PR)**

Case No. _____
(To be provided by the clerk of court)

**UNITED STATE POSTAL OFFICES, 1ST; POST MASTER GENERAL, STATES; POSTAL MAIL INSPECTOR; CITY, STATE WIDE U.S.P.O. POSTAL POLICE; U.S.P.O. MAILMEN, OFFICIALS; MR. KIKWI, & MR. OFFICER WING; COURIERS, RECON BUILDING; 1ST - EMBARCADERO; S.F. CA. (U.P.S. - ME)**
(Enter the full name of respondent(s) or jailer in this action.)

## PETITION FOR A WRIT OF HABEAS CORPUS

Read Comments Carefully Before Filling In **94107, 94127**
When and Where to File **(NATIONWIDE) (CENTRAL OFFICES)**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were **not** convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS         - 1 -

**RECEIVED**
NOV 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6  If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now and the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11  1. What sentence are you challenging in this petition?

12  (a) Name and location of court that imposed sentence (for example; Alameda
13  County Superior Court, Oakland): **850 BRYANT ST.**
14  **SUPERIOR COURT**    **HALL OF JUSTICE**
15  Court    Location **SF CA 94103**

16  (b) Case number, if known **F11871**

17  (c) Date and terms of sentence **3YR; 3YR; 4YR PAROLE**

18  (d) Are you now in custody serving this term? (Custody means being in jail, on
19  parole or probation, etc.)    Yes **X**    No ___
20  Where? **MULE CREEK STATE PRISON, IONE CA**
21  Name of Institution: **CORRECTIONS, (INC)  95640**
22  Address: **4001 STATE HIGHWAY; 104 IONE CA**
  **P.O. BOX 409401**    **95640**
23  2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  **ARSON 8451.1.A. PC (U.S. MAIL**
27  **BOX; 3 PICK UPS DAILY; STREET**
28  **ACCESSIBLE; LETTER DROP EMPTY;**

PET. FOR WRIT OF HAB. CORPUS    - 2 -    **FIRE PROOF**
**HIGHLIGHTED**
**U.S. IRON BOX)**

3. Did you have any of the following?

    Arraignment:                              Yes __X__    No ____

    Preliminary Hearing:                Yes __X__    No ____

    Motion to Suppress:                Yes __X__    No ____

4. How did you plead? **COERCED, DRUGGED RX**

    Guilty __X__    Not Guilty ____    Nolo Contendere ____ **TOXIC**

    Any other plea (specify) **STIPULO MOOT; AFFIXATED.**

5. If you went to trial, what kind of trial did you have?

    Jury ____    Judge alone __X__    Judge alone on a transcript __X__

6. Did you testify at your trial?              Yes __X__    No ____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                    Yes __X__    No ____

    (b)    Preliminary hearing             Yes __X__    No ____

    (c)    Time of plea                   Yes __X__    No ____

    (d)    Trial                                Yes __X__    No ____

    (e)    Sentencing                     Yes __X__    No ____

    (f)    Appeal **PRO PER SE-**    Yes __X__    No **NØØ** ✓

    (g)    Other post-conviction proceeding    Yes __X__    No **NØØ** ✓

8. Did you appeal your conviction?        Yes __X__    No ____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal ✓            Yes __X__    No ____

        Year: **2006**    Result: **ISSUED WRIT OF POEMS**

        Supreme Court of California    Yes __X__    No ____

        Year: **2006**    Result: **DENIED EN BANC**

        Any other court                  Yes __X__    No ____

        Year: **2006**    Result: **U.S.D.C.; PRISON TRUST ACCOUNT**

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

|   |   |   |
|---|---|---|
| 1 | petition? | Yes ___  No _X_ |
| 2 | (c) Was there an opinion? | Yes _X_  No ___ |
| 3 | (d) Did you seek permission to file a late appeal under Rule 31(a)? | |

*PRISON FEE $ TRUST Account*

4   Yes _X_  No ___

5   If you did, give the name of the court and the result:

6   UNITED STATES DISTRICT COURT, SAC CA

7   95114; INMATE PRISON TRUST ACCOUNT,

   D. URSEUS (AX)

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?   Yes _X_  No ___

10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16   (a) If you sought relief in any proceeding other than an appeal, answer the following

17   questions for each proceeding. Attach extra paper if you need more space.

18   I.  Name of Court: UNITED STATES DISTRICT COURT SAC CA

19   Type of Proceeding: HABEAS CORPUS REMEDY

20   Grounds raised (Be brief but specific): JURISDICTIONS

21   a. DISTRICT ATTORNEY'S CHEATING

22   b. COLLUSION OF EVIDENCE, TAINTED

23   c. DEATH THREATS COURTS STATE CA

24   d. JUVENILE HISTORY - 1953, 2005 SCAM

25   Result: CONVICTED (STATE) CA  Date of Result: 2005(09)

26   II.  Name of Court: UNITED STATES COURTS SAC CA

27   Type of Proceeding: CIVIL RTS. COMPLAINT

28   Grounds raised (Be brief but specific): FEDERAL JURISDICTIONS
     ABUSIVE STATE
     AUTHORITY; CONTEMPT
PET. FOR WRIT OF HAB. CORPUS      - 4 -       FEDERAL MANDATE

EX POST FATO LAWS  →  ✗ DUE - PROCESS
PROHIBITED

a. PRISON TRUST ACCOUNTS, CA
b. INDIGENT BYPASS; S.S.I. $
c. NOISE ABUSE; S.S.I. CHECKS
d. COURT APPOINTED ATTORNEY; FRAUD
Result: REFILED; CROSS   Date of Result: 2006

III. Name of Court: UNITED STATES COURTS, SF CA
Type of Proceeding: CIVIL RTS. COMPLAINTS
Grounds raised (Be brief but specific):
a. POSTAL POLICE FRAUD; 2003, 08
b. U.S.P.O./MAXIMY; COLLUSIONS
c. DEFENDANT A MAIL BOX USER
d. MAIL/POSTAL CRIMES; FINICAL FRAUD
Result: CROSS; REFILE   Date of Result: 2007

IV. Name of Court: UNITED STATES COURTS, SAC CA
Type of Proceeding: COLLATERAL ATTACK; WRITS
Grounds raised (Be brief but specific): JURISDICTIONS, U.S.C.
a. CASE NO: 2:08 CV 02373 IDAD
b. CASE NO: 2:08 CV 02510 MCR GGH
c. CASE NO: 2:08 CV 02371 JFM
d. CASE NO: 2:08 CV 02372 EFB
Result: FILED; UNDER SUBMISSION   Date of Result: SEPT 10, 08
SUBMISSION                                            2008

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?
Yes X   No ___

Name and location of court: U.S.D.C. SF CA 94102
OCT. 22, 2008; FILED. C 08-

B. GROUNDS FOR RELIEF                 4841 SBA pr. E-FILING

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1 need more space. Answer the same questions for each claim.

2     [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 Claim One: DENIED DUE PROCESS; EQUAL

6 PROTECTION; EQUITY; BY STATE CONTEMPT;

7 Supporting Facts: COURTS, STATE; UNFAIR; CA

8 KANGAROO HEARING COURTS; CA

9 MOCK TRIALS; RACISM; GENDER SEXUAL

10 GAG TRIALS; OPPRESSION, SUPPRESSION.

11 Claim Two: COERCED GUILTY PLEAS, COURTS CA

12 CONFESSIONS; & PSYCHOTROPIC DRUGS; POISONS

13 Supporting Facts: CONVICTIONS BY COLLUSIONS

14 FALSIFIED DOCUMENTS; TAINTED; FALSE

15 PREJUDICED STATE JUDGES; CA

16 INCOMPETENT; INEFFECTIVE COUNSEL CONFLICT

17 Claim Three: CRUEL & UNUSUAL PUNISHMENTS;

18 TORTURE; SADISM, BRUTALITY, HATE ACTS

19 Supporting Facts: NAPA - ATASCADERO HOSPITALS

20 PSYCHOTROPIC DRUGS; ASPHYXIATIONS

21 ELECTRIC SHOCK TORTURE; SADISM

22 DEPRIVATION OF LEGAL SUPPLIES.

23     If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why: CANCER DISEASE

25 PHYSICAL HEALTH, REGRESSIONS

26 PULMONARY LUNG; DISEASE; OXYGEN

27 CORONARY CARDIAC; HEART DISEASE,

28 OPTIC, EYES; GLAUCOMA, MACULAR-

DEGENERATION

VISION IMPAIRED

DISABLED

PET. FOR WRIT OF HAB. CORPUS    - 6 -

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases: (U.S. GUIDELINES MANDATE) FEDERALS
4   MIRANDA V ARIZONA; U.S. SUP. CT. 1965
5   ESCOBEDO V ILLINOIS; U.S. SUP. CT. 1965
6   SANTABELLO V NEW. N.Y.; CORRCTN; 1982 (U.S.C.)
7   Do you have an attorney for this petition? INDIGENT   Yes ☒   No
8   If you do, give the name and address of your attorney:
9   C/O RICHARD DERRY KOCH; PAGE: 415 391 1060
    160 MARKET ST. S.F. CA. 94102
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct. 5 PAGES
12                                                                                                DOCUMENT
13  Executed on November 4, 2008        /s/ Richard Derry Anderson
14  Date TUESDAY AM                     Signature of Petitioner
15                                      RICHARD DERRY ANDERSON

17  _1_  MOTION TO SHOW CAUSE
18  _2_  MOTION TO AMEND;
19  _3_  INJUN; A COLLATERAL ATTACK
20  (Rev. 6/02)
21  _A_  COLLECTIVE; JOIN ACTS.
22  _B_  COLOR OF STATE LAWS.
23  _C_  STATE PUBLIC OFFICIALS

26
27  Roy N. Tsuji              ROY N. TSUJI
    NOTARY PUBLIC             COMM. #1752215
28                            NOTARY PUBLIC - CALIFORNIA
                              AMADOR COUNTY
                              COMM. EXPIRES JUNE 19, 2011

PET. FOR WRIT OF HAB. CORPUS         - 7 -